UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Dzevad Keco, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| Vs. ) | Case No. 4: 11 CV 1715 RWS |
| ) | |
| Eric Holder, et al., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

On September 30, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned an Eastern Division case number. However, the above referenced case requires a Northern Division case number.

Therefore, this case must be randomly reassigned a Northern Division case number.

**IT IS HEREBY ORDERED** that the Eastern Division case is closed and the case has been reassigned a Northern Division case number assigned to Magistrate Judge David D. Noce.


October 3, 2011                                    JAMES G. WOODWARD
DATE                                               CLERK OF COURT

                                                   By: /s/ Karen Moore
                                                   Deputy Clerk


**In all future documents filed with the Court, please use the following case number: 2:11CV0071 DDN.**